# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2011 Disciplinary Docket No. 3 |
| | : | |
| CORY ADAM LESHNER | : | No. 159 DB 2013 |
| | : | |
| | : | Attorney Registration No. 310377 |
| PETITION FOR REINSTATEMENT | : | |
| | : | (Dauphin County) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2020, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. See Pa.R.D.E. 218(f).

     Justice Mundy notes her dissent.